In the Matter of the Petition of GEORGE DOHENY et al., as Trustees under the Will of PATRICK LYNCH, Deceased, Appellants.

MARY L. PENDERGAST et al., Respondents.

*Matter of Doheny,* 70 App, Div. 370, affirmed.
(Argued June 11, 1902; decided June 27, 1902.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered April 29, 1902, which modified, and affirmed as modified, an order of Special Term settling the accounts of the petitioners.

*Alexander H. Cowie* for appellants.

*A. D. Jenney* for respondents.

Order affirmed, with costs; no opinion.

Concur: GRAY, O'BRIEN, HAIGHT, VANN and WERNER, JJ. Not voting: PARKER, Ch. J., and CULLEN, J.